JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAEHOON OH, an individual,<br><br>　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, A Limited Liability Company, and DOES 1 TO 50,<br><br>　　Defendants. | Case No. 2:21−cv−09561−SVW−JC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br><br>Judge: Hon. Stephen V. Wilson |

The Stipulation is approved. The entire action, including all claims stated herein against BMW OF NORTH AMERICA, LLC is hereby dismissed with prejudice.

Dated:  February 24, 2022                         _____

　　　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson

- 1 -
ORDER DISMISSING CASE WITH PREJUDICE